# Order

Michigan Supreme Court
Lansing, Michigan

October 5, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153185

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellant,

v

WILLIAM LYLES, JR.,
        Defendant-Appellee.

SC: 153185
COA: 315323
Wayne CC: 12-008021-FC

_____/

On order of the Court, the application for leave to appeal the December 22, 2015 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1). The parties shall file supplemental briefs within 42 days of the date of this order addressing whether the trial court's failure to correctly instruct the jury regarding defendant's evidence of good character was sufficiently prejudicial to warrant a new trial. The parties should not submit mere restatements of their application papers.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2016



Clerk

a0928